# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JOSE RIVERA,**

                    **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　**Case No. 6:06-cv-1547-Orl-31UAM**

**COMMISSIONER OF SOCIAL SECURITY,**

                    **Defendant.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **MOTION FOR ENTRY OF JUDGMENT WITH REMAND (Doc. No. 18)**
>
> **FILED:** **June 6, 2007**
>
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

Defendant Commissioner of Social Security (Commissioner) requests that the Court reverse the decision of the Administrative Law Judge and remand the case for further proceedings, as stated in the motion. The Commissioner represents that Plaintiff Jose Rivera does not oppose the requested relief.

Accordingly, I respectfully recommend that the Court reverse the decision below pursuant to sentence four of 42 U.S.C. § 405(g), and remand the case to the Commissioner for further proceedings consistent with the motion.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on June 8, 2007.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy